Mark H. Neill, St. Louis, for petitioner/appellant.

J. Roger Edgar, Greensfelder, Hemker & Gale, P.C., St. Louis, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Husband appeals from the trial court's judgment and modification order denying his request to eliminate the modifiable portion of his maintenance obligation to wife. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Frank A. Anzalone, Anzalone & Fiser, Clayton, for appellant.

John Francis Mulligan, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Darrick Monson ("defendant"), appeals the judgment of conviction entered by the Circuit Court of the County of St. Louis after defendant was found guilty by the court of possession of marijuana in violation of § 23–25.1 of the University City Municipal Code. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the trial court is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As we further find no jurisprudential purpose would be served by a written opinion, we affirm the trial court's judgment pursuant to Rule 84.16(b).

CITY OF UNIVERSITY
CITY, Respondent,

v.

Darrick MONSON, Appellant.

No. 69813.

Missouri Court of Appeals,
Eastern District,
Division One.

April 22, 1997.

STATE of Missouri, Plaintiff/Respondent,

v.

Sherry WILLIAMS, Defendant/Appellant.

No. 70815.

Missouri Court of Appeals,
Eastern District,
Division One.

April 22, 1997.